# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF GEORGIA

# AUGUSTA DIVISION

| | | |
|---|---|---|
| JOSHUA CHAPMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-046 |
| | ) | |
| MR. BEELAND, Bainbridge PSATC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff filed the above-captioned case in the Augusta Division of this Court even though Defendant appears to be located in Decatur County, Georgia, and the events in Plaintiff's complaint are alleged to have occurred in Decatur County. (See doc no. 1, pp. 5-6.) Because Decatur County is situated in the Middle District of Georgia, the proper venue for this action is the Albany Division of the Middle District of Georgia, not the Southern District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court may transfer the case to the court in which venue would be proper. 28 U.S.C. § 1406(a). Because it appears the case should have been filed in the Middle District of Georgia, transfer to that District is appropriate.

Therefore, the Court hereby **ORDERS** that the above-captioned case be **TRANSFERRED** to the United States District Court for the Middle District of Georgia,

Albany Division, for further consideration. The Court also **DIRECTS** the Clerk to forward the file to that district.

SO ORDERED this \_\_27th\_\_ day of April, 2017, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA